# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

LIBERTY PROPERTY LIMITED
PARTNERSHIP,

      Plaintiff,

v.

PROCRAFT CABINETRY, INC.,

      Defendant.

CIVIL ACTION NO.

1:19-cv-02830-MLB

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3. of the U.S. District Court for the Northern District of Georgia and Federal Rule of Civil Procedure 7.1, Defendant Procraft Cabinetry, Inc. submits this Certificate of Interested Persons and Corporate Disclosure Statement.

(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more stock of a party:

Liberty Property Limited Partnership

Liberty Property Trust

39169190v1

ProCraft Cabinetry, Inc.

(2)    The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Liberty Property Limited Partnership

Liberty Property Trust

ProCraft Cabinetry, Inc.

ProCraft Cabinetry Nashville, LLC

Qiang "Peter" Huang

Min Hua "Jackey" Lin

Hui "Sophia" Chen

Jian "Jack" Huang

(3)    The undersigned further certifies that the following is a full and complete listing of all persons serving as attorneys for the parties in this proceeding:

Brian P. Watt, Troutman Sanders LLP

Steven L. Strasberg, Troutman Sanders LLP

Kasia Hebda, Troutman Sanders LLP

2

Jon W. Jordan, Hecht Walker, P.C.

Submitted this 24th day of June, 2019.

/s/ *Brian P. Watt*
Brian P. Watt
Georgia Bar No. 741841
*brian.watt@troutman.com*
Steven L. Strasberg
Georgia Bar No. 194966
*steven.strasberg@troutman.com*
Kasia Hebda
Georgia Bar No. 637324
*kasia.hebda@trouman.com*
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street, NE
Atlanta, GA  30308-2216
Telephone:  404.885.3000
Facsimile:   404.885.3900

*Attorneys for ProCraft Cabinetry, Inc.*

3

## CERTIFICATE OF COMPLIANCE

This Certificate of Interested Persons and Corporate Disclosure Statement complies with Local Rule 5.1 and was prepared using a 14-point Times New Roman font.

/s/ Brian P. Watt
Brian P. Watt
Georgia Bar No. 741841

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24th, 2019, I served the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** upon the opposing party via U.S. Mail with sufficient postage thereon, properly addressed to:

Jon W. Jordan
Hecht Walker, P.C.
205 Corporate Center Dr., Suite B
Stockbridge, GA 30281
*Counsel for Liberty Property Limited Partnership*

This 24th day of June, 2019.

/s/ Brian P. Watt
Brian P. Watt
Georgia Bar No. 741841

4

39169190v1