**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LIBERTY PROPERTY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:19-CV-02830-MLB |
| PROCRAFT CABINETRY, INC., | ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| HUI "SOPHIA" CHEN and JIAN "JACK" HUANG, | ) ) ) | |
| Third-Party Defendants. | ) | |

## **CONSENT ORDER**

Plaintiff Liberty Property Limited Partnership ("Plaintiff" or "Liberty") and

Defendant ProCraft Cabinetry, Inc. ("Defendant" or "ProCraft" and, with Plaintiff,

the "Parties") have reached a settlement in the above-styled action, which is reflected

in that certain settlement agreement dated October 30, 2020 (the "Settlement

Agreement"). The Settlement Agreement provides that Defendant will make certain

specified payments to Plaintiff pursuant to a payment schedule set forth in the

Settlement Agreement. The Settlement Agreement further provides that if

Defendant defaults on its obligations to make any of the specified payments set forth in the payment schedule beyond any applicable notice and cure period, then Plaintiff shall have the right to file the Consent Judgment provided for by the Settlement Agreement against Defendant and said Consent Judgment shall be entered as a final judgment against Defendant in this action.

In order to facilitate the settlement outlined in the Settlement Agreement, the Parties have requested that the Court approve these procedures and administratively close this action, but retain jurisdiction over this action during the period in which Defendant is obligated to make payments to Plaintiff pursuant to the Settlement Agreement.

Accordingly, for good cause shown,

IT IS HEREBY ORDERED that:

1. This action is hereby administratively closed pending Defendant's payment of all amounts owed to Plaintiff as specified in the payment schedule contained in the Settlement Agreement;

2. In the event that Defendant defaults on its obligations to timely and fully make any of the payments set forth in the Settlement Agreement beyond any applicable notice and cure period, Plaintiff shall have the right to file the Consent Judgment provided for by the Settlement Agreement against Defendant and said

Consent Judgment shall be entered as a final judgment against Defendant in this action.; and

3. If Defendant completes its performance of the terms of the Settlement Agreement by making all payments due pursuant to the payment schedule set forth in the Settlement Agreement, this action shall be considered closed.

SO ORDERED this _____ day of _____, 2020.

<br>

_____
The Honorable Michael L. Brown
United States District Court for the
Northern District of Georgia

<br>

| | |
|---|---|
| *Prepared and consent to by:*<br>BROWN LAW, LLC | *Consented to by:*<br>HECHT WALKER, P.C. |
| _____/s/ Heather D. Brown_____<br>Heather D. Brown<br>Georgia Bar No. 100169<br>*Attorney for Defendant/Third-Party*<br>  *Plaintiff ProCraft Cabinetry, Inc.*<br>138 Bulloch Avenue<br>Roswell, Georgia 30075<br>(404) 994-4300<br>heather@hdbrownlaw.com | _____/s/ Jon. W. Jordan_____<br>Jon W. Jordan<br>Georgia Bar No. 690096<br>*Attorney for Plaintiff Liberty*<br>  *Limited Partnership*<br>205 Corporate Center Dr, Ste B<br>Stockbridge, Georgia 30281<br>(404) 348-4881<br>jon@hmhwlaw.com |